AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.
JUL 09 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Grace D. Solis and Shirley J. Solis

*Plaintiff(s)*

v.

CITIBANK, N.A., ET AL

*Defendant(s)*

Civil Action No. 1-24-cv-21356-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, LLC
c/o Vcorp AGENT Services, INC.
6409 CONGRESS AVE STE 100
BOCA RATON, FL 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Grace Solis and Shirley Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Angela E. Noble

Date: 7/9/24

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Grace D. Solis and Shirley J. Solis<br><br>*Plaintiff(s)*<br>v.<br>CITIBANK, N.A. et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1-24-cv-21356-KMW<br>)<br>)<br>)<br>)<br>) |

FILED BY _____ D.C.
JUL 09 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ms. Kim Stevens
12140 NW 11th Street
Plantation, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Grace Solis and Shirley Solis
730 86th Street
Miami Beach, FL 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/9/24

CLERK OF COURT  Angela E. Noble

*Signature of Clerk or Deputy Clerk*