UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Grace D. Solis and
Shirley J. Solis
    Plaintiffs

v.                            Case No. 24-21356-KMW

CITIBANK, N.A.,
CENLAR SERVICING,
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, LLC, and;
Kim Stevens
    Defendants

## **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO PRODUCE FACT WITNESS LIST**

The Plaintiffs, Grace D. Solis and Shirley J. Solis, *pro se*, file their Motion for Extension of Time to Provide Fact Witness List as ordered by this Court and as grounds therefore states:

1. This Court provided a Scheduling Order dated February 6, 2025.

2. The Plaintiffs do not have contact information for their witnesses and have requested them from the Defendants. The Defendants provided partial contact information in the state case on or about April 6, 2024. The Plaintiffs do not know if that information is current and still need the contact information for the remaining witnesses.

3. The Defendants do not want to provide contact information because they want a ruling on their Motion to Dismiss. They said that we are seeking discovery in this case, and they object.

4. The Defendants state that we cannot relitigate a state court case in Federal Court even though this case was filed before there was a judgment in the state case.

5. This case is about the abuse and deception conducted by the Defendants against the Plaintiffs in violation of the FDCPA, the FCCPA, and their refusal to provide contact information to depose the witnesses, which materially affected the outcome of the trial in state court.

WHEREFORE, the Plaintiffs respectfully move the court to enter an order granting Plaintiff's

1

Motion for Extension of Time to Produce Fact Witness List and any other remedies this Court deems just and proper.

Respectfully submitted,

_____
Grace D. Solis

March 3, 2025

_____
Shirley J. Solis

## CERTIFICATE OF GOOD FAITH CONFERENCE; CONFERRED BUT UNABLE TO RESOLVE ISSUES PRESENTED IN THE MOTION

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that Plaintiffs have conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by USPS to:

Counsel for the Defendants
Adams and Reese LLP
101 E. Kennedy Blvd., Ste. 4000
Tampa, FL 33602

Robertson, Anschutz, Schneid, Crane & Partners, LLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

U.S. POSTAGE PAID
FCM LETTER
NORTH MIAMI BEACH
FL 33162
MAR 04, 2025
$5.58
S2324N5038841-42

33128
RDC 99
Retail

CERTIFIED MAIL
9589 0710 5270 2550 3165 77

Wilkie Ferguson US Courthouse
400 N. Miami Ave, # 8th Floor
Miami, FL 33128

730 86th St
Miami Beach, FL 33141

FILED BY _____ D.C.
MAR - 6 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI